Danny Jay ROMERO, Plaintiff–Appellant,

v.

VARGO; et al., Defendants–Appellees.

No. 10–36096.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 6, 2012.

Danny Jay Romero, Salem, OR, pro se.

Jeremy Rice, Oregon Department of Justice, Salem, OR, for Defendants–Appellees.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Danny Jay Romero, an Oregon state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Romero did not raise a genuine dispute of material fact as to whether defendants were deliberately

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

indifferent in treating his foot pain. *See id.* at 1057–58 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to a prisoner's health; a difference of opinion about the best course of medical treatment does not amount to deliberate indifference).

Romero's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.